IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00021-MSK-PAC

IBRAHIM ELGABROWNY,

    Plaintiff(s),

v.

RON WILEY, et al.,

    Defendant(s).

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 8 2007

GREGORY C. LANGHAM
CLERK

---

ORDER GRANTING SERVICE BY THE UNITED STATES MARSHAL

---

It is HEREBY **ORDERED** that the United States Marshal shall serve a copy of the First Amended Complaint (Doc. #16), summons, and Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. §1915 (Doc. #2) on each of the named defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).

All costs of service shall be advanced by the United States.

Dated April 16, 2007.

                        BY THE COURT:

                        s/ O. Edward Schlatter
                        O. EDWARD SCHLATTER
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-00021-MSK-PAC

Ibrahim Elgabrowny
Reg. No. 28054-054
ADX - Florence
PO Box 8500
Florence, CO 81226

John T. Shartle, Maureen S. Cruz, Ron Wiley,
Tomas Gomez, Collins and Church - WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

Director- CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

US Marshal Service
Service Clerk
Service forms for: Robert A. Hood

David Johnson - CERTIFIED
Federal Bureau of Investigations
111 South Tejon Street, Suite 600
Colorado Springs, CO 80903

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Marshal Service for service of process on Robert A. Hood; to Christopher Synsvoll for service of process on John T. Shartle, Maureen S. Cruz, Ron Wiley, Tomas Gomez, Collins and Church; to The Director of The Federal Bureau of Prisons; to The United States Attorney General; to the United States Attorney's Office: AMENDED COMPLAINT FILED 4/6/07, SUMMONS, WAIVER* AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/18/07  .

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                   Deputy Clerk